**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ARNOLD & ITKIN, LLP,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | **CASE NO.: 4:25-CV-02670** |
| **DISCOVER BANK AND ANTHONY COLON,** | ) | |
| | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**JOINT MOTION TO STAY THE SCHEDULING ORDER**

COMES NOW Plaintiff Arnold & Itkin ("Plaintiff") and Defendant Capital One, N.A., successor by merger with Discover Bank ("Defendant"), by and through their undersigned counsel, and hereby submit their Joint Motion to Stay the Scheduling Order entered on October 10, 2025. For the following reasons, Plaintiff and Defendant request the Court to stay the deadlines in the Scheduling Order until the Court rules on the motions pending before the Court.

1.      Plaintiff commenced this action by filing its petition in the Circuit Court of Harris County, Texas on April 29, 2025.

2.      Defendant removed this matter to this court on June 9, 2025.

3.      Defendant filed its Motion to Dismiss Plaintiff's claims on June 16, 2025, which Plaintiff has submitted a response.  Plaintiff filed its Motion for Leave to File Late Response to Motion to Dismiss on August 29, 2025.  Both motions have yet to be ruled upon.

4.      Additionally, Plaintiff has attempted to serve Defendant Anthony Colon multiple times, and has yet to complete service.  Accordingly, Plaintiff filed its Motion for Substituted Service against Anthony Colon on October 21, 2025.

63348914 v1

1

5.     Accordingly, Plaintiff and Defendant request that the Court stay the deadlines in the Scheduling Order until the Court has ruled upon Plaintiff's Motion for Leave to File Response to Motion to Dismiss, Plaintiff's Motion for Substituted Service, and Defendant's Motion to Dismiss.

Respectfully submitted this 31st day of October 2025.

*/s/ Alec J. Paradowski*
Kurt Arnold
Alec J. Paradowski
ARNOLD & ITKIN LLP
6009 Memorial Drive
Houston, TX 77007
Telephone: (713) 222-3800
Facsimile:  (713) 222-3850
Email: aparadowski@ArnoldItkin.com

*Attorneys for Plaintiff ARNOLD & ITKIN LLP*

*/s/  Richard C. Keller*
Richard C. Keller TX. Bar No. 24134669
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 458-5323
Facsimile: (205) 244-5664
Email: rkeller@burr.com

*Attorney for Defendant DISCOVER BANK*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed on this the 31st day of October 2025 and will be served on the following by electronic mail or, if the party does not participate in electronic filing, U.S. First Class Mail, postage prepaid:

Anthony Colon
1316 Greenridge Ave.
Lithonia, GA 300358

*/s/ Richard C. Keller*
OF COUNSEL

63348914 v1

2