**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ARNOLD & ITKIN, LLP,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | **CASE NO.: 4:25-CV-02670** |
| **DISCOVER BANK AND ANTHONY** | ) | |
| **COLON,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**JOINT MOTION TO REINSTATE CASE TO THE COURT'S ACTIVE DOCKET**

COMES NOW Plaintiff Arnold & Itkin, LLP ("Plaintiff") and Defendant Capital One, N.A., successor by merger with Discover Bank ("Defendant"), by and through their undersigned counsel, and hereby submit their Joint Motion to Reinstate the Case to the Court's Active Docket. For the following reasons, Plaintiff and Defendant request the Court to reinstate the case to the Court's active docket.

1. Plaintiff commenced this action by filing its petition in the District Court of Harris County, Texas on April 29, 2025.

2. Defendant removed this matter to this court on June 9, 2025. (ECF. 1).

3. Defendant filed its Motion to Dismiss Plaintiff's claims on June 16, 2025. (ECF. 6). Plaintiff filed its Motion for Leave to File Late Response to Motion to Dismiss on August 29, 2025. (ECF. 9). Both motions have yet to be ruled upon.

4. Additionally, Plaintiff has attempted to serve Defendant Anthony Colon multiple times, who appears to be evading service. Accordingly, Plaintiff filed its Motion for Substituted Service against Anthony Colon on October 21, 2025. (ECF. 13).

5.      On October 31, 2025, Plaintiff and Defendant filed a Joint Motion to Stay the Scheduling Order until the Court ruled on the pending motions. (ECF. 14). The Court granted the joint motion on November 25, 2025. (ECF. 15).)

6.      On February 16, 2026, the Court entered an order in which it administratively closed the case, and no further activity was anticipated on the Court's docket. (ECF. 16).

7.      Plaintiff and Defendant request that the Court reinstate the case to its active docket, and enter rulings on the pending motions.

Respectfully submitted this 14th day of April 2026.

| | |
|---|---|
| */s/ Alec J. Paradowski* | */s/ Richard C. Keller* |
| Kurt Arnold | Richard C. Keller TX. Bar No. 24134669 |
| Alec J. Paradowski | BURR & FORMAN LLP |
| ARNOLD & ITKIN LLP | 420 North 20th Street, Suite 3400 |
| 6009 Memorial Drive | Birmingham, AL 35203 |
| Houston, TX 77007 | Telephone: (205) 458-5323 |
| Telephone: (713) 222-3800 | Facsimile: (205) 244-5664 |
| Facsimile: (713) 222-3850 | Email: rkeller@burr.com |
| Email: aparadowski@ArnoldItkin.com | |
| | *Attorney for Defendant DISCOVER BANK* |
| *Attorneys for Plaintiff ARNOLD & ITKIN LLP* | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was electronically filed on this the 14th day of April 2026 and will be served on the following by electronic mail or, if the party does not participate in electronic filing, U.S. First Class Mail, postage prepaid:

Anthony Colon
1316 Greenridge Ave.
Lithonia, GA 300358

*/s/ Richard C. Keller*
OF COUNSEL